## KING *v.* KING.

LUMPKIN, J. 1. An application for temporary alimony must be based on a pending suit for divorce or for permanent alimony. *Stallings* v. *Stallings,* 127 *Ga.* 464.

2. Where a petition for temporary alimony showed that the husband and wife were living separate, but no action for divorce or permanent alimony was pending, and the petition itself prayed neither permanent alimony nor process, but only for temporary alimony and counsel fees, a demurrer raising such point was well taken, and the prayer for temporary alimony was properly refused.

*Judgment affirmed. Fish, C. J., absent. The other Justices concur.*

Argued March 4,—Decided April 10, 1907.

Petition for temporary alimony. Before Judge Martin. Pulaski superior court. December 8, 1906.

*Haygood & Cults* and *H. L. Grice,* for plaintiff.

*W. L. & Warren Grice,* for defendant.